# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
13 JAN -4 AM 11:10

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUNIOR BELEN SANCHEZ-HERNANDEZ (02) <br><br> Defendant. | CASE NO. 12CR4806-IEG <br><br> **JUDGMENT OF DISMISSAL** <br> (Rule 48, F.R.Crim.P.) |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) of:   8 USC 1324(a)(2)(B)(iii) and 18 USC 2 .

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: JANUARY 3, 2013

RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____